

| ZACHARY W. CARTER<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, N.Y. 10007 | DARON RAVENBORG<br>*Assistant Corporation Counsel*<br>Tel.: (212) 356-0822<br>dravenbo@law.nyc.gov |
|---|---|---|

July 29, 2019

**BY ECF**
The Hon. Margo K. Brodie
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

          Re:    Ben Hannida Ramzi (aka Infa Salim) v. City of New York, et al.
                  16 Civ. 5419 (MKB) (LB)

Your Honor:

       I am the Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department, attorney for the defendants in the above-referenced matter. Defendants write to inform the Court that the parties have settled the case. On July 29, 2019, the undersigned mailed the necessary paperwork to plaintiff to finalize the settlement. Once in receipt of those documents, the undersigned will file the proposed stipulation of dismissal for the Court's endorsement.

       Thank you for your consideration.

                                                                             Respectfully submitted,

                                                                                /s/

                                                             Daron Ramses Ravenborg
                                                             *Assistant Corporation Counsel*
                                                             Special Federal Litigation Division

cc:    **BY FIRST CLASS MAIL:**
        Ben Hannida Ramiz (aka Infa Salim)
        DIN: 16-A-4833
        Great Meadow Correctional Facility
        11739 State Route 22
        Comstock, New York 12821